```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 14391
  ELPINIKI EGAN
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

       Debtor
  SSN XXX-XX-1668


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 11/03/06 and confirmed on 02/23/07.

     2.  The case was dismissed after confirmation, 11/09/2007.

     3.  The Debtor paid a total of $   6855.00 .

     4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME            CLASS             CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------------
HSBC MORTGAGE CORP       CURRENT MORTG             .00           .00             .00
HSBC MORTGAGE CORP       MORTGAGE ARRE        40471.38           .00         5071.05
CONSUMER PORTFOLIO SERVI SECURED VEHIC             .00           .00             .00
FREEDOM CARD GOLD MASTER UNSECURED            666.22             .00             .00
ASPIRE VISA              UNSECURED            698.61             .00             .00
AT&T                     UNSECURED           NOT FILED           .00             .00
BOLINGBROOK HEALTHCARE A UNSECURED           NOT FILED           .00             .00
EDWARDS HOSPITAL         UNSECURED           NOT FILED           .00             .00
EDWARDS HOSPITAL         UNSECURED           NOT FILED           .00             .00
KMART                    UNSECURED           NOT FILED           .00             .00
M&M ORTHOPEDICS          UNSECURED           NOT FILED           .00             .00
MICHAEL COLLETTI DDS     UNSECURED           NOT FILED           .00             .00
ASSET ACCEPTANCE CORP    UNSECURED           1051.03             .00             .00
RADIOLOGISTS OF DUPAGE   UNSECURED           NOT FILED           .00             .00
SELSORS PUMPING SERVICE  UNSECURED           2288.47             .00             .00
TCF BANK                 UNSECURED           NOT FILED           .00             .00
ILLINOIS DEPT CHILDREN & UNSECURED           NOT FILED           .00             .00
ILLINOIS PAPER COMPANY   UNSECURED           9650.00             .00             .00
PORTFOLIO RECOVERY ASSOC UNSECURED           2315.71             .00             .00
NICOR GAS                UNSECURED           1137.27             .00             .00
------------------------------------------------------------------------------
CREDITOR NAME            CLASS             CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------------
     Summary of disbursements:
------------------------------------------------------------------------------
              SECURED       PRIORITY     UNSECURED       OTHER          TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   40471.38      .00     17807.31         .00       58278.69
PRINCIPAL PAID        5071.05      .00          .00         .00        5071.05
INTEREST PAID             .00      .00          .00         .00             .00
```

```
TOTAL PAID                5071.05         .00         .00         .00    5071.05
```

The Debtor's attorney, STEVEN H MEVORAH & ASSOC    , was allowed $   3000.00
and was paid $   1500.00   direct and $   1500.00   through the plan.

The Trustee received $      283.95 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/11/08                      /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE